1  **WO**

2
3
4

5               IN THE UNITED STATES DISTRICT COURT

6                   FOR THE DISTRICT OF ARIZONA

7

8  Transwestern Pipeline Company, LLC, a )
   Delaware limited liability company,    )
9                                          )
              Plaintiff,                   )   No. CV-07-2392-PHX-LOA
10                                         )
   vs.                                     )   **ORDER TO SHOW CAUSE**
11                                         )
   7.54 acres, more or less, of permanent )
12 easement located in Maricopa County; et )
   al.,                                    )
13                                         )
              Defendants.                  )
14                                         )

15         This matter arises on the Court's review of the file. Pursuant to the
16 Minute Order of District Judge John W. Sedwick, docket #56, all parties informally
17 consented to all further proceedings to be conducted before a magistrate judge.
18 Therefore, this case was reassigned to Magistrate Judge Lawrence O. Anderson. The
19 Court's June 25, 2008 Minute Order, docket #56, ordered that all counsel were to
20 complete and return to the Court within 30 days of the filing of the Court's Minute Order
21 the consent forms and if the forms were not completed and returned to the Court within
22 the 30 day deadline, this action would be reassigned back to District Judge John W.
23 Sedwick for all further proceedings. To date, the consent forms in the above-captioned
24 matter have not been received by the Court.

25         **IT IS ORDERED** that both Plaintiff and Defendant shall show cause in
26 writing on or before **Monday, August 11, 2008** why this matter should not be reassigned
27 back to District Judge John W. Sedwick for all further proceedings. If both Plaintiff and
28

1  Defendant comply with the Court's June 25, 2008 Minute Order **on or before 5:00 p.m.**
2  **on Monday**, **August 11, 2008** or if Plaintiff and Defendant have already done so but its
3  consent or election has not yet been docketed by the Clerk, the undersigned will
4  automatically discharge and vacate this Order to Show Cause.

5  DATED this 31st day of July, 2008.

*(signature)*
Lawrence O. Anderson
United States Magistrate Judge