**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Transwestern Pipeline Company, LLC, a Delaware limited liability company,<br><br>              Plaintiff,<br><br>vs.<br><br>7.54 acres, more or less, of permanent easement located in Maricopa County; et al.,<br><br>              Defendants. | No. CV-07-2392-PHX-LOA<br><br>**ORDER** |

      The Court has received the parties' consents to magistrate judge jurisdiction, docket #59, in response to the Court's Order to Show Cause issued July 31, 2008. (docket # 8)

      Therefore,

      **IT IS ORDERED** that the Court's Order to Show Cause issued July 31, 2008, docket #8, is hereby **DISCHARGED**

      DATED this 13th day of August, 2008.

Lawrence O. Anderson
United States Magistrate Judge